STATE OF CONNECTICUT *v.* JAMES KRISTY

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 473, is denied.

*Timothy H. Everett,* in support of the petition.

*Christopher Malany,* deputy assistant state's attorney, in opposition.

Decided November 18, 1987

STATE OF CONNECTICUT *v.* CURTIS SIMS

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 239, is denied.

*Elizabeth A. Curry,* special public defender, in support of the petition.

Decided November 24, 1987

LEONARD UDOLF *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WEST HARTFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is granted.

*Wesley W. Horton,* in support of the petition.

*Kerry M. Wisser* and *Elizabeth Dee Bailey,* in opposition.

Decided November 24, 1987